IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA LOWE**  **PLAINTIFF**
**#8862**

v.  Case No. 4:23-CV-00409-LPR

**ERIC HIGGINS, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Joshua Lowe's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and any underlying orders dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 20th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE